UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

R.T. WYNNE, Beneficiary of
Life Insurance of Joyce M. Wynne,
Deceased,

    Plaintiff,

v.                                          Cv. No. 09-2001-Ma

STONEBRIDGE LIFE INSURANCE
COMPANY,

    Defendant.

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order Granting Defendant's Motion for Summary Judgment, docketed February 22, 2010.

**APPROVED:**

S/ *Samuel H. Mays Jr.*
_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

February 22, 2010　　　　　　　　THOMAS M. GOULD
DATE　　　　　　　　　　　　　　　CLERK

　　　　　　　　　　　　　　　　　S/ *Jean Lee*
　　　　　　　　　　　　　　　　　(By) DEPUTY CLERK